Undra SUMLIN *v.* STATE of Arkansas

CR 94-362                                                    891 S.W.2d 375

Supreme Court of Arkansas
Opinion delivered January 23, 1995

*Bethell, Callaway, Robertson, Beasley & Cowan,* by: *Matthew*

*J. Ketcham*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Brad Newman*, Asst. Att'y Gen., for appellee.

DAVID NEWBERN, Justice. Undra Sumlin was convicted of two counts of delivery of cocaine and one count of conspiracy to deliver cocaine. He was sentenced as an habitual offender to 66 years imprisonment. His points of appeal relate only to his contention that his trial counsel was ineffective.

▮ Ineffective assistance of counsel may not be raised as a point of direct appeal, *Harrison* v. *State*, 303 Ark. 247, 796 S.W.2d 329 (1990), unless the issue has been considered by the Trial Court, *e.g.*, on a motion for new trial. *Missildine* v. *State*, 314 Ark. 500, 863 S.W.2d 813 (1993). *See also Knappenberger* v. *State*, 278 Ark. 382, 647 S.W.2d 417 (1983); *Hilliard* v. *State*, 259 Ark. 81, 531 S.W.2d 463 (1976).

Affirmed.